## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PETER R. BRIGGS doing business as BRIGGS TRANSPORT, L & K TRANSFER, LLC and MVB TRUCKING COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MARKS FAMILY TRUCKING LLC, <br><br> Defendant. | Case No.  11-CV-751 |

## ORDER FOR DISMISSAL

**IT IS HEREBY ORDERED** that the above-entitled action shall be and the same hereby is dismissed on the merits with prejudice and without costs to any party, said dismissal to include any and all claims between the parties that have been or could have been asserted.

Dated this _31st_ day of _OCTOBER_, 2012.

BY THE COURT:

_____
Honorable Stephen L. Crocker
United States Magistrate Judge